# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CHRIS JONATHAN EPPERSON, | Case No. 1:18-cv-01386-DAD-SAB |
|---|---|
| Plaintiff, | ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED <u>IN FORMA PAUPERIS</u> |
| v. | |
| FOREIGN COMMONWEALTH OFFICE, | (ECF No. 2) |
| Defendant. | |

Chris Jonathan Epperson ("Plaintiff"), proceeding pro se in this action, filed an application to proceed <u>in forma pauperis</u> pursuant to 28 U.S.C. § 1915 on October 9, 2018. (ECF No. 2.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

Accordingly, the Court GRANTS Plaintiff's motion to proceed <u>in forma pauperis</u>.

IT IS SO ORDERED.

Dated: __**October 11, 2018**__

UNITED STATES MAGISTRATE JUDGE

1